UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Dylan Gardner,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CBE Group, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-00221-JAM-CMK<br><br>**ORDER** |

　　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  6/25/2014　　　　　　　　　　　　/s/ John A. Mendez

　　　　　　　　　　　　　　　　　　　　Judge John A. Mendez